Petition for Writ of
Mandamus Denied and Memorandum Opinion filed May 27, 2010.

 

            

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00429-CV

____________

 

IN RE BILFORD DWIGHT JUNIOUS, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



MEMORANDUM
OPINION

            On May 13, 2010, Relator, Bilford Dwight Junious, filed a
petition for writ of mandamus in this Court.  See Tex. Gov’t Code Ann
§22.221 (Vernon 2004); see also Tex. R. App. P. 52.1.  Relator complains
of the trial court’s ruling on the District Clerk’s contest to his affidavit of
indigence.

            The
Rules of Appellate Procedure require that the appendix to a petition for writ
of mandamus contain “a certified or sworn copy of any order complained of, or
any other document showing the matter complained of[.]”  Tex. R. App. P.
52.3(k)(1)(A).  Relator failed to attach the trial court’s order to his
petition.  Because relator’s petition does not contain the order sustaining the
District Clerk’s contest as required by the Rules of Appellate Procedure, relator
has not demonstrated his entitlement to mandamus relief.  Accordingly, we deny
the petition for writ of mandamus.

 

                                                            PER
CURIAM

 

Panel
consists of Justices Anderson, Frost, and Seymore.